Avicenna Medical Arts, P.L.L.C., as Assignee of Tiffanie R. Nieves, Respondent,
against
MVAIC, Appellant.



Appeal from a judgment of the Civil Court of the City of New York, Kings County (Ingrid Joseph, J.), entered July 3, 2013. The judgment, after a nonjury trial, awarded plaintiff the principal sum of $2,142.04.




ORDERED that the judgment is reversed, with $30 costs, and the matter is remitted to the Civil Court for the entry of a judgment in favor of defendant dismissing the complaint.
At a nonjury trial in this action by a provider to recover assigned first-party no-fault benefits, plaintiff's billing manager testified that the claims had been mailed to defendant Motor Vehicle Accident Indemnification Corporation (sued herein as MVAIC). Following the trial, the Civil Court awarded judgment to plaintiff in the principal sum of $2,142.04.
For the reasons stated in Avicenna Med. Arts, P.L.L.C., as Assignee of Domingo Francisco Santana v MVAIC (___ Misc 3d ___, 2016 NY Slip Op ___ [appeal No. 2014-415 K C], decided herewith), the judgment is reversed and the matter is remitted to the Civil Court for the entry of a judgment dismissing the complaint.
Pesce, P.J., Aliotta and Solomon, JJ., concur.
Decision Date: October 11, 2016